# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>USPS Priority Mail Express EI501122675US (See Affidavit in Support of Application for a Warrant to Search and Seize) | )<br>)<br>)<br>)<br>)<br>) |

Case No.  2:24-mj-8

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

USPS Priority Mail Express EI501122675US (See Affidavit in Support of Application for a Warrant to Search and Seize)

located in the     Southern     District of     Ohio, Eastern Division     , there is now concealed *(identify the person or describe the property to be seized):*

USPS Priority Mail Express EI501122675US (See Affidavit in Support of Application for a Warrant to Search and Seize)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 1343 | Wire Fraud |
| Title 18 USC 1956 | Money Laundering |

The application is based on these facts:

As set forth in the attached Affidavit of Postal Inspector J. Michael McClelland

☑ Continued on the attached sheet.

☐ Delayed notice of        days (give exact ending date if more than 30 days:                    ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

J. Michael McClelland, U.S. POSTAL INSPECTOR

*Printed name and title*

Sworn to before me and signed in my presence.

Date:     1/4/2024

Chelsey M. Vascura
United States Magistrate Judge

*Judge's signature*

City and state:   COLUMBUS, OHIO

Chelsey M. Vascura, U.S. MAGISTRATE JUDGE

*Printed name and title*